JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>     Plaintiff,<br><br>v.<br><br>Nga Yuen Ng, in individual and representative capacity as trustee of the Nga Yuen Ng Family Trust; Y Ahara Int., Inc., a California Corporation; and Does 1-10,<br><br>     Defendants. | Case: 5:14-CV-01800-VAP-SP<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: Oct 9 2014      _____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal          Case: 5:14-CV-01800-VAP-SP